# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SQUAREGLES LLC,

    Plaintiff,

 v.

LALTITUDE LLC,

    Defendant.

Civil Action No. 2:23-cv-09751-CBM-BFM

STIPULATED PROTECTIVE ORDER

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: April 30, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE