Randall A. Miller, Esq. (SBN 116036)
rmiller@millerwaxler.com
Zachary Mayer, Esq. (SBN 199434)
zmayer@millerwaxler.com
**MILLER WAXLER LLP**
411 South Hewitt Street
Los Angeles, CA 90013
Telephone: 213.493.6400
Facsimile: 888.749.5812

Joseph Farco (*Pro Hac Vice*)
jfarco@bochner.law
**BOCHNER PLLC**
1040 6th Avenue, 15th Floor
New York, NY 10018
Phone: 646.808.0700

Attorneys for Defendant and Counterclaim Plaintiff LALTITUDE LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SQUAREGLES LLC<br><br>Plaintiff,<br><br>v.<br><br>LALTITUDE LLC<br><br>Defendant. | Case No. 2:23-cv-09751-CBM-BFM<br><br>**LALTITUDE'S OBJECTION TO PLAINTIFF'S PROPOSED JUDGMENT AND SUBMISSION OF ALTERNATIVE PROPOSED JUDGMENT ON THE JURY'S VERDICT**<br><br>Complaint Filed: November 17, 2023<br>Trial Date: November 9, 2026 |

Plaintiff Squaregles LLC ("Squaregles") unilaterally filed its Motion for Entry of Judgment (Dkt. 377) and Proposed Judgment (Dkt. 377-1). Plaintiff's proposed judgment states, among other things:

> Judgment is also entered in favor of Plaintiff Squaregles LLC and against Defendant Laltitude LLC that Claims 1 and 13 of United States Patent No. 10,258,896 and Claims 23, 24, 27–31, 35, and 37–44 of United States Patent No. 10,918,963 are not invalid.

Dkt. 377-1. Defendant Laltitude LLC objects to the inclusion of this language. The proposed language exceeds the scope of the jury's verdict, which did not address invalidity. Dkt. 374 (Jury's Verdict). Laltitude's proposed judgment is limited to the issues actually decided by the jury. Laltitude reserves all challenges to the Court's rulings concerning invalidity, including its pretrial and trial rulings.

Plaintiff's proposed judgment also characterizes the infringement of all asserted claims as willful. The jury, however, was asked only whether Laltitude willfully infringed any claim of either asserted patent. *Id.* (Question No. 3). The judgment should accurately reflect the scope of the jury's findings.

Moreover, Squaregles' proposed judgment states that "Plaintiff Squaregles LLC shall also recover from Laltitude LLC its costs of the action." Dkt. 377-1. As reflected in Exhibit A, Laltitude respectfully submits that any costs should be determined pursuant to Fed. R. Civ. P. 54(d)(1) and applicable Local Rules.

Accordingly, Defendant Laltitude respectfully submits its alternative proposed Judgment on the Jury's Verdict, attached hereto as Exhibit A.

Laltitude' submission of the proposed judgment does not constitute consent to entry of adverse judgment or a concession of infringement, willfulness, patent validity, or entitlement to or the amount of damages or other relief. Nor does Laltitude waive, withdraw, or abandon any counterclaim, defense, argument, or objection. Laltitude expressly reserves all rights to challenge the verdict, this Judgment, and any underlying rulings or orders through post-trial motions, appeal, or otherwise, as permitted by law.

Dated: November 25, 2026 Respectfully submitted,

**MILLER WAXLER LLP**

By: */s/ Joseph Farco*

Randall Miller (SBN 116036)
Email: rmiller@millerlawapc.com
Zachary Mayer, Esq. (SBN 199434)
zmayer@millerwaxler.com
411 South Hewitt St.
Los Angeles, California 90013
Telephone: (800) 720-2126
Facsimile: (888) 748-5812

**BOCHNER PLLC**
Joseph Farco (Pro Hac Vice)
Email: jfarco@bochner.law
Ariel Reinitz (Pro Hac Vice)
Email: ariel@bochner.law
1040 6th Avenue, 15th Floor
New York, NY 10018
Phone: 646.808.0700

*Attorneys for Defendant, Laltitude LLC*

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that the foregoing was filed on November 25, 2026, with the Clerk of Court and served via CM/ECF on all counsel of record.

Dated: November 25, 2026

*/s/ Joseph Farco*

Attorney for Defendant, Laltitude LLC